IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:23CR186 |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JUAN CHUC-LACAN, | |
| Defendant. | |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 72). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 10, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 64) forfeiting defendant Juan Chuc-Lacan's interest in the $14,726 in United States currency seized on or about June 2, 2023 ($10,620 seized from New Victorian Inn, 10728 L Street, Room 302, Omaha, Nebraska, and $4,106 seized from a 2021 Chevrolet Malibu).

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 13, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 11, 2024 (Filing No. 71).

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 72) is granted.

2. All right, title and interest in and to the $14,726 in United States currency seized on or about June 23, 2023 held by any person or entity are forever barred and foreclosed.

3. The $14,726 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with law.

Dated this 4th day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge